```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA

                          RICHMOND DIVISION
```

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
|    JIN SANG RYU | ) | |
| | ) | |
|    HEA SUN LEE | ) | |
| | ) | Case No. 09-36701-DOT |
|         Debtors. | ) | Chapter 13 |
| _____ | ) | |

## ORDER DISALLOWING CLAIM NUMBER 4

Upon consideration of Debtors' Objection to the allowance of Claim Number 4 by Bank of America, N.A., as a secured claim, and any opposition thereto, and the Court finding that service was proper and that the relief requested is proper, it is hereby

ORDERED that the Debtors' Objection be, and hereby is, SUSTAINED;  it is further

ORDERED that Claim Number 4 filed by Bank of America, N.A. in the amount of $121,951.01 be, and hereby is,  DISALLOWED as a secured claim and is ALLOWED as a nonpriority unsecured claim.

    Date:_____        _____
                                         U.S.Bankruptcy Judge


                                      Entered on Docket:_____

**I ask for this:**


/s/Daniel M. Press\_\_\_\_\_      \_\_\_\_\_
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703)734-3800
Counsel for Debtors


                Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                  \_\_/s/Daniel M. Press\_\_\_
                                  Daniel M. Press

**PARTIES TO RECEIVE COPIES:**

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Kenneth Lewis, President/CEO
Bank of America, N.A.
100 N. Tryon St.
Bank of America Corp. Center
Charlotte, NC 28255

Chapter 13 Trustee